UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

AMY CASEL,

                      Plaintiff,

                vs.                            Docket No.:  1:17-cv-350-FPG-LGF

ERIE INSURANCE COMPANY,

                      Defendant.
_____

## STIPULATION OF DISMISSAL

        WHEREAS, plaintiff and defendant have reached a settlement acceptable to both parties and

        WHEREAS the plaintiff has executed a general release with a confidentiality provision;

        NOW, THEREFORE, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties agree and stipulate that plaintiff's complaint shall be dismissed with prejudice and on the merits, that each party shall bear their own fees and costs in connection with

this action, and that the Clerk of the Court may file this Stipulation of Dismissal without

providing further notice.

Dated: August 22, 2018                    Dated: August 23, 2018
       Fredonia, New York                         Buffalo, New York


**BRAUTIGAM & BRAUTIGAM, LLP**       **RUPP BAASE PFALZGRAF CUNNINGHAM** LLC


By: s/ Daryl P. Brautigam, Esq.          By: s/ James Graber, Esq.
     Daryl P. Brautigam, Esq.                  Marco Cercone, Esq.
Attorneys for Plaintiff                         James Graber, Esq.
Amy Casel                                 Attorneys for Defendant
32 White Street, P.O. Box 210             Erie Insurance Company
Fredonia, New York 14063                  1600 Liberty Building
(716) 679-0404                            Buffalo, New York  14202
Email:  darylbrautigam@brautigamlaw.com   Tel:  (716) 854-3400
                Email:  cercone@ruppbaase.com
                Email:  graber@ruppbaase.com